IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALEXIS TERAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-160-KC |
| | § | |
| ZTEX CONSTRUCTION, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff Alexis Teran's Notice of Voluntary Dismissal, ECF No. 8, filed on August 29, 2025. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 2nd day of September, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE